IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| REBECCA GAIL FRAZIER, § | |
| § | |
| v. § | Case No. 2:16-CV-01273-JRG-RSP |
| § | |
| EQUIFAX INFORMATION SERVICES, § | |
| LLC., CHASE BANK USA, N.A. § | |

## ORDER

Before the Court are Plaintiff's objections to the Magistrate Judge's reccomendation that this action be dismissed for failure to state a claim. Dkt. No. 29. For dispositive matters, the district court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). "The district judge may accept, reject, or modify the recommend disposition." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). Upon de novo review of the properly objected to portions of the Magistrate Judge's findings, conclusions, and recommendations on Defendants' motions to dismiss, the Court adopts the recommended disposition without modification.

Accordingly, **IT IS ORDERED** as follows:

(1) Plaintiff's objections to the Magistrate Judge's Report and Recommendation (Dkt. No. 29) are **OVERRULED**.

(2) The Magistrate Judge's Report and Recommendation (Dkt. No. 28) is **ADOPTED**.

(3) The Motions to Dismiss filed by Equifax Information Services, LLC ("Equifax") and Chase Bank USA, N.A ("Chase") (Dkt. Nos. 15 & 16) are **GRANTED**.

(4) Plaintiff's Complaint against Equifax and Chase is **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 20th day of June, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE